O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER CARREA, JR., | ) | NO. EDCV 07-1148-CAS (MAN) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING AND ADOPTING |
| | ) | FINDINGS, CONCLUSIONS, AND |
| v. | ) | RECOMMENDATIONS OF UNITED STATES |
| STATE OF CALIFORNIA, et al., | ) | MAGISTRATE JUDGE |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and plaintiff's Objections.  The Court has conducted a *de novo* review of those matters to which objections have been stated in writing.  Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings, conclusions, and recommendations therein with the following exception:  the state law claims against defendant Renaissance Radiology Medical Group are not dismissed.

1   **IT IS ORDERED** that:

2

3   (1) All federal claims against defendants Schwarzenegger, Tilton,

4   Woodford, and the Renaissance Radiology Medical Group are dismissed,

5   without leave to amend;

6

7   (2) All equal protection claims are dismissed, without leave to

8   amend;

9

10   (3) All state law claims against defendants Schwarzenegger, Tilton,

11   Woodford, Poulos, Minsley, Yee, the California Department of Corrections

12   and Rehabilitation, and the Riverside County Regional Medical Center are

13   dismissed, with leave to amend.

14

15   If plaintiff still wishes to pursue this action, he is granted

16   twenty (20) days from the date of this Order within which to file a

17   Third Amended Complaint consistent with the Report and Recommendation

18   and this Order.  The Third Amended Complaint, if any, shall be complete

19   in itself.  It shall not refer in any manner to the original complaint

20   or the prior amended complaints.

21

22   Plaintiff is advised that he may *not* add new claims or new

23   defendants without obtaining prior leave of court.  Fed. R. Civ. P.

24   15(a).

25

26   **Plaintiff is explicitly cautioned that failure to timely file a**

27   **Third Amended Complaint, or failure to correct the deficiencies**

28   **/ / /**

1  **described in the Report and Recommendation, may result in dismissal of**

2  **this action pursuant to Fed. R. Civ. P. 41(b).**

3

4       **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on

5  the parties.

6

7  DATED:   June 18, 2009.

8

9

10                          CHRISTINA A. SNYDER
                          UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28