O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARREA, JR., | ) NO. EDCV 07-1148-CAS (MAN) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| STATE OF CALIFORNIA, et al., | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Defendants. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court's review having been completed, IT IS ORDERED that:

(1) The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein;

(2) The motion to require plaintiff to pay the filing fee due to his Three-Strike status filed on November 2, 2009, is DENIED;

(3)  The motion to dismiss filed by defendant California Department of Corrections and Rehabilitation ("CDCR") on October 21, 2009, is GRANTED, in part, and DENIED, in part, as set forth below;

(4)  The motion to dismiss filed by defendant Renaissance Radiology Medical Group ("Renaissance Radiology") on October 27, 2009, is DENIED;

(5)  The motion to strike filed by Renaissance Radiology on October 27, 2009, is DENIED with prejudice as to the portion of the motion seeking to strike "inflammatory" language, and without prejudice as to the portion of the motion seeking to strike plaintiff's prayer for punitive damages;

(6)  The motion to dismiss filed by defendant Riverside County Regional Medical Center, appearing as the County of Riverside ("RCRMC"), is GRANTED, in part, and DENIED, in part, as set forth below:

(7)  All federal claims against defendants CDCR and RCRMC are dismissed with prejudice;

(8) All federal claims against defendant Warden Poulos arising out of plaintiff's disciplinary conviction are dismissed with prejudice, and all remaining federal claims against defendant Warden Poulos are dismissed without prejudice;

(9)  All federal claims against defendant Dr. Yee are dismissed without prejudice;

(10) All federal and state claims against defendants Dr. Minsley and Dr. Lyle Royer are dismissed without prejudice; and

(11) All remaining state law claims are remanded to the Superior Court for San Francisco County.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 5, 2010.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE