JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER CARREA, JR.,** | ) NO. EDCV 07-1148-CAS (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| **STATE OF CALIFORNIA, et al.,** | ) |
| Defendants. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed.

DATED: October 5, 2010.

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE