# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER CARREA, JR.,** | ) NO. EDCV 07-1148-CAS (MAN) |
| **Plaintiff,** | ) |
| v. | ) JUDGMENT |
| **STATE OF CALIFORNIA, et al.,** | ) |
| **Defendants.** | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed.

DATED: June 23, 2011.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE