O

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER CARREA, JR., | ) NO. EDCV 07-1148-CAS (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| STATE OF CALIFORNIA, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge filed on June 23, 2011 ("Order"),

IT IS ADJUDGED that the above-captioned action is dismissed as set forth in the Order, with the exception that all federal claims against defendant Warden Poulos are dismissed without prejudice.

DATED: <u>February 5, 2014</u>.

_Christine A. Snyde_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE